UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                                        Plaintiff,<br><br>- against -<br><br>STEVEN L. RATTNER,<br><br>                                        Defendant. | 10 Civ. 8699 (PKC) |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-2-13

**[PROPOSED] ORDER TO TRANSFER FUNDS ON DEPOSIT
TO COMMISSION TO REMIT TO THE UNITED STATES TREASURY**

Upon the Motion of the plaintiff Securities and Exchange Commission for an order directing the Clerk to disburse the funds presently held in the Court Registry Investment System ("CRIS") Docket Account No. 1:10CV08699-1 to the Commission to be remitted to the United States Treasury, the Declaration of John J. Graubard, with exhibits attached, and Memorandum of Law submitted in support, and it appearing that the Motion should be granted, it is hereby:

**ORDERED**, that the Clerk of the Court be directed to disburse to the Commission, for the Commission to remit to the United States Treasury all amounts on deposit in CRIS Docket Account No. 1:10CV08699-1. The Clerk shall send such amounts to the Commission at Enterprise Services Center, Accounts Receivable Branch, 6500 South MacArthur Boulevard, Oklahoma City, OK 73169, and shall be accompanied by a letter identifying the above action; setting forth the titles and civil action numbers of these actions and the name of this Court; and specifying that payment is made pursuant to this Order for the purpose of the Commission sending such funds to the United States Treasury.

**AND IT IS FURTHER ORDERED**, that upon receipt of such funds, the Commission's Office of Financial Management shall promptly remit such funds to the United States Treasury.

**AND IT IS FURTHER ORDERED** that all other provisions of the Final Judgments entered in this action against the defendant shall remain in full force and effect.

Dated:     New York, New York

            12-2, 2013

                                                    _____
                                                    United States District Judge